NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3121

BENJAMIN DELA ROSA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0831080451-I-1.

ON MOTION

ORDER

The petitioner moves for leave to proceed in forma pauperis.

The court notes that the petition was dismissed on March 25, 2009 for failure to pay the fee and for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The Fed. Cir. R. 15(c) statement has now been filed.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion for leave to proceed in forma pauperis is granted.

(2)    The mandate is recalled, the court's dismissal order is vacated, and the petition is reinstated.  The petitioner's informal brief is due within 21 days of the date of filing of this order.

                                    FOR THE COURT

MAY - 1 2009
_____          /s/ Jan Horbaly
        Date                     Jan Horbaly
                                 Clerk

cc:    Benjamin Dela Rosa (informal brief form enclosed)
       Christopher A. Bowen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK

2009-3121                    2